TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00714-CV

Western States Wireless, Ltd., Appellant

v.

Gerald Stevens-Kittner, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 96-07553A, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

 Mack Kidd, Justice

Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: August 28, 1997

Do Not Publish